


## Stipulation of Stacey McCain.pdf

| | |
|---|---|
| DocVerify ID: | 0C09F259-0E05-404E-B189-071417CFFCEB |
| Created: | January 12, 2022 08:16:00 -8:00 |
| Pages: | 2 |
| Remote Notary: | Yes / State: TX |

This document is a DocVerify VeriVaulted protected version of the document named above. It was created by a notary or on the behalf of a notary, and it is also a DocVerify E-Sign document, which means this document was created for the purposes of Electronic Signatures and/or Electronic Notary. Tampered or altered documents can be easily verified and validated with the DocVerify veriCheck system. This remote online notarization involved the use of communication technology.

Go to www.docverify.com at any time to verify or validate the authenticity and integrity of this or any other DocVerify VeriVaulted document.

### E-Signature Summary

**E-Signature 1: Stacey McCain (SM)**
January 12, 2022 13:14:27 -8:00 [EBC830D024A5] [143.55.44.254]
stacey.mccain036@gmail.com (Principal) (Personally Known)

**E-Signature Notary: Joelle Thomas (jth)**
January 12, 2022 13:14:27 -8:00 [0546D54D7707] [72.177.192.28]
jthomas@ggm.law
I, Joelle Thomas, did witness the participants named above electronically sign this document.



DocVerify documents cannot be altered or tampered with in any way once they are protected by the DocVerify VeriVault System. Best viewed with Adobe Reader or Adobe Acrobat. All visible electronic signatures contained in this document are symbolic representations of the persons signature, and not intended to be an accurate depiction of the persons actual signature as defined by various Acts and/or Laws.



UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

**BRENT MCCAIN,**
        *Plaintiff,*

v.                                                                                                    **Civil No. 6-21-CV-00442**

**OFFICER FABIAN J. KLECKA III and**
**The CITY OF WACO.**
        *Defendant*.

## STIPULATION OF STACEY MCCAIN

STATE OF TEXAS

COUNTY OF MCLENNAN

I, Stacey McCain, being duly sworn on oath, hereby deposes and states:

1.      My name is Stacey McCain. I am over the age of 18 and I provide this stipulation freely and based on personal knowledge.

2.      I am married to Plaintiff Brent McCain and was married at all relevant times to this lawsuit.

3.      I am not a party to this lawsuit, and I do not intend to be a party. I was not present during any interactions between Plaintiff and Defendants. I do not believe Defendants caused any injury to me as a result of their interactions with Plaintiff.

4.      I understand that because Brent McCain is my spouse, that I may have potential claims against Defendants. After having time to consult with counsel, I freely and unconditionally waive any claims, with prejudice, that I may have against Defendants based on the facts and circumstances that gave rise to this lawsuit.

FURTHER AFFIANT SAYETH NAUGHT.

*Stacey McCain*
Signed on 2022/01/12 13:14:27 -8:00

Stacey McCain

STATE OF TEXAS

COUNTY OF MCLENNAN

Sworn to or affirmed and signed before me on January 12th, 2022 by Stacey McCain.

**Joelle D Thomas**
**Commission # 132765462**
Notary Public
STATE OF TEXAS
My Comm Exp. Nov 04, 2024

Notary Stamp 2022/01/12 14:14:27 PST

NOTARY PUBLIC

2

