IN THE UNITED STATES DISTRICT COURT
FOR THE WESTNER DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| BRENT McCAIN<br>*Plaintiff,* | §<br>§<br>§ | |
| V. | §<br>§ | CIVIL NO. 6:21-CV-442-ADA |
| OFFICER FABIAN J. KLECKA III and<br>THE CITY OF WACO<br>*Defendants.* | §<br>§<br>§<br>§ | |

## JOINT AGREED MOTION TO DISMISS WITH PREJUDICE

On this day came Brent McCain (hereinafter "Plaintiff"), and the Defendants in this cause, Fabian J. Klecka, III and the City of Waco, (hereinafter "Defendants") by and through their respective counsel of record, and file this Joint Agreed Motion to Dismiss with Prejudice and show unto the Court as follows:

1.

Plaintiff no longer desires to prosecute his claims and causes of action in the above entitled and numbered cause against Defendants and the parties jointly move the Court to dismiss with prejudice all claims and causes of action of Plaintiff, Brent McCain, against Fabian J. Klecka, III and the City of Waco, Defendants herein, thus disposing of all claims and causes of action pending between all parties in this matter, with the parties to bear their own court costs and attorneys' fees, costs and expenses incurred.

WHEREFORE, Brent McCain, Plaintiff, joined by Fabian J. Klecka, III and the City of Waco, the Defendants herein, move the Court to enter an Agreed Order of Dismissal with Prejudice dismissing all claims and causes of action of Plaintiff against said Defendants, thus making the disposition of this case final.

Respectfully submitted,

*[signature]*

Brandon J. Grable
State Bar No. 24086983
brandon@ggm.law
Austin M. Reyna
State Bar No. 24118645
austin@ggm.law
GRABLE GRIMSHAW MORA PLLC
1603 Babcock Road, Suite 280
San Antonio, Texas 78229
Telephone: (210) 963-5297
Facsimile: (210) 641-3332

**ATTORNEYS FOR PLAINTIFF
BRENT McCAIN**

*[signature]*

Roy L. Barrett
State Bar No. 01814000
barrett@namanhowell.com
Joe Rivera
State Bar No. 24065981
jrivera@namanhowell.com
NAMAN, HOWELL, SMITH & LEE PLLC
400 Austin Avenue, Suite 800
Post Office Box 1470
Waco, Texas 76703-1470
Telephone: (254) 755-4100
Facsimile: (254) 754-6331

**ATTORNEYS FOR DEFENDANTS
FABIAN J. KLECKA, III AND THE
CITY OF WACO**